IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH DAWN,<br>　　　　**Plaintiff**<br><br>　　v.<br><br>THE PRESS ENTERPRISE, INC.;<br>PAUL EYERLY; and<br>BRANDON EYERLY,<br>　　　　**Defendants** | : : : : : : : : : : : | No. 4:23cv499<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 29th day of July 2024, the defendants' motion to dismiss (Doc. 6) is **GRANTED** with respect to Count Three, Tortious Interference with Prospective Business Relations. Plaintiff is granted fourteen (14) days from the date of this order to file an amended complaint to properly plead Count Three in accordance with the accompanying memorandum.

The motion to dismiss is **DENIED** in all other respects.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court